UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHANEEKA L. STILL,**

       **Plaintiff,**

v.                                         **Case No: 6:14-cv-220-Orl-41KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), filed on February 10, 2014, seeking judicial review of a final decision by the Commissioner of the Social Security Administration denying Plaintiff's claim for Supplemental Security Income for the Aged, Blind, and Disabled Program ("SSI"), 42 U.S.C. § 1381 *et seq*.

The United States Magistrate Judge Karla R. Spaulding filed a Report and Recommendation (Doc. 19) on December 17, 2014, recommending that the Commissioner's final decision be reversed and remanded on each of two assignments of error asserted by Plaintiff.

Defendant filed Defendant's Objections to the Report and Recommendation of the United States Magistrate Judge (Doc. 20) on December 31, 2014. Plaintiff responded by filing Plaintiff's Response to Defendant's Objections (Doc. 21) on January 9, 2015.

After an independent *de novo* review of the record, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Notably, Defendant articulates opposition to the Magistrate's findings on each of the two assignments of error by incorporating arguments previously submitted in a Joint Memorandum (Doc. 18) filed on

September 16, 2014. Those arguments were considered by the Magistrate prior to the issuance of the Report and Recommendation and by the undersigned in conducting the required *de novo* review of the record.

  Therefore, it is **ORDERED** as follows:

    1. The Report and Recommendation (Doc. 19) filed on December 17, 2014, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The Commissioner's final decision in this case is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation.

    3. The Clerk is directed to enter judgment accordingly and close the case.

  **DONE** and **ORDERED** in Orlando, Florida on January 22, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record